

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NEW YORK  10019
+1 212 839 5300
+1 212 839 5599 FAX

+1 212 839 8636
KATIE.CLEMMONS@SIDLEY.COM

July 16, 2026

**Via ECF**

The Honorable Brian M. Cogan
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:**   ***Chen v. Bayer Corporation, et al.*; Case No. 1:26-cv-02704-BMC**
> **Joint Letter Request to Extend Deadline to Respond to the Amended**
> **Complaint and Continuance of Initial Status Conference (and All Associated**
> **Rule 26 Deadlines)**

Dear Judge Cogan:

The parties respectfully submit this joint letter requesting: (1) a 30-day extension of Defendant Bayer's deadline to respond to the Amended Complaint, from July 20, 2026, to August 19, 2026; (2) a continuance of the Initial Status Conference, currently scheduled for July 24, 2026, to a date after August 24, 2026; and (3) a continuance of all associated Rule 26 deadlines.

The requested extensions are sought because the parties are actively engaged in discussions regarding a potential resolution of this matter. The parties believe that devoting their efforts over the next several weeks to those discussions presents a meaningful opportunity to resolve the case without further litigation. Granting the requested extensions would allow the parties to focus their resources on those discussions and may eliminate the need for responsive pleadings, scheduling proceedings, and other litigation activities, thereby conserving both the parties' resources and the Court's resources.

The Court previously extended Bayer's time to respond to the initial Complaint following the recent retention of counsel for Bayer. (ECF No. 9.) Thereafter, the Court granted the parties' joint scheduling request establishing deadlines for Plaintiffs to amend the Complaint and for Bayer to respond to the Amended Complaint. (ECF No. 11.) The current deadline for Bayer to respond to the Amended Complaint is July 20, 2026.

The parties have also previously requested, and the Court granted, a continuance of the Initial Status Conference due to the trial and travel commitments of Bayer's counsel. (ECF No. 11.) The Initial Status Conference is presently set for July 24, 2026.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.



Hon. Brian M. Cogan
July 16, 2026
Page 2

Accordingly, the parties respectfully request that the Court extend Bayer's deadline to respond to the Amended Complaint by 30 days, from July 20, 2026, to August 19, 2026; continue the Initial Status Conference to a date after August 24, 2026; and continue all associated Rule 26 deadlines.

The parties appreciate the Court's consideration of this request.

Respectfully submitted,

BURSOR & FISHER, P.A.

/s/ Max S. Roberts
Max S. Roberts
mroberts@bursor.com
Caroline C. Donovan
cdonovan@bursor.com
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel. (646) 837-7150

L. Timothy Fisher (*pro hac vice forthcoming*)
ltfisher@bursor.com
Joshua B. Glatt (*pro hac vice forthcoming*)
jglatt@bursor.com
1990 North California Bvd., 9th Floor
Walnut Creek, CA 94596
Tel. (925) 300-4455

SMITH KRIVOSHEY, PC
Brittany Scott (*pro hac vice*)
brittany@skclassactions.com
28 Geary Street, Suite 650, No. 1507
San Francisco, CA 94108
Tel. (415) 839-7000

FURIA LAW
Philip J. Furia (*pro hac vice pending*)
furiap@furiafirm.com
880 Third Avenue, 5th Floor
New York, NY 10022
Tel. (646) 830-1915

*Attorneys for Plaintiffs*

SIDLEY AUSTIN LLP

/s/ Mary K. Clemmons
Mary K. Clemmons
katie.clemmons@sidley.com
787 Seventh Avenue
New York, NY 10019
Tel. (212) 839-5300

Adriane Peralta (*pro hac vice forthcoming*)
adriane.peralta@sidley.com
350 S. Grand Avenue
Los Angeles, CA 90071
Tel. (213) 896-6000

Morgan Branch (*pro hac vice*)
mbranch@sidley.com
One South Dearborn
Chicago, IL 60603
Tel. (312) 853-7000

*Attorneys for Defendants*
*Bayer Corporation and Bayer HealthCare LLC*