**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JIE CHEN, RACHEL FIELDS, KRZYSZTOF FUS, and SAI KIRAN REDDY MALIKIREDDY, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

BAYER CORPORATION, and BAYER HEALTHCARE LLC,

Defendants.

Case No. 1:26-cv-02704-BMC

**NOTICE OF RESOLUTION**

Now come Defendants Bayer Corporation and Bayer HealthCare LLC, by and through counsel, to provide notice to the Court that the present cause has been resolved between the parties, and states:

1. A resolution is in the process of being finalized. Once the resolution is fully executed, Plaintiffs will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed pursuant to the terms of the resolution.

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Date: September 18, 2026

*/s/ Morgan A. Branch*
Morgan A. Branch
mbranch@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-0824

Mary K. Clemmons (Bar No. 5862503)
katie.clemmons@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-8636

*Counsel for Defendants Bayer Corporation and Bayer HealthCare LLC*

## **CERTIFICATE OF SERVICE**

I certify that, on September 18, 2026, I caused to be served a true and correct copy of the foregoing document on counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: *<u>/s/ Morgan A. Branch</u>*
Morgan A. Branch